| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Shore Custom Homes Corp

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
83-4666153

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **341 South Main Street**<br>**Forked River, NJ 08731**<br>Number, Street, City, State & ZIP Code | **PO Box 627**<br>**Forked River, NJ 08731**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Ocean**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **Shore Custom Homes Corp**_____     Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **2361**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Shore Custom Homes Corp** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Shore Custom Homes Corp**_____  Case number (*if known*)_____
Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor **Shore Custom Homes Corp**      Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 1, 2024**
               MM / DD / YYYY

**X**   **/s/ Vincent Simonelli**         **Vincent Simonelli**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

**X**   **/s/ Eugene D. Roth**         Date   **February 1, 2024**
Signature of attorney for debtor         MM / DD / YYYY

**Eugene D. Roth**
Printed name

**Law Office of Eugene D. Roth**
Firm name

**2520 Highway 35, Suite 307**
**Manasquan, NJ 08736**
Number, Street, City, State & ZIP Code

Contact phone   **732-292-9288**      Email address   **erothesq@gmail.com**

**4239 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Shore Custom Homes Corp**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 1, 2024**      X **/s/ Vincent Simonelli**
Signature of individual signing on behalf of debtor

**Vincent Simonelli**
Printed name

**President**
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **Shore Custom Homes Corp**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABC Supply Co, Inc. 540 James St Lakewood, NJ 08701 | | Goods & Services | | | | $25,319.92 |
| All About Paving and Sons 101 Prosper Way Brick, NJ 08723 | | Goods & Services | | | | $9,000.00 |
| Beacon Roofing & Supply c/o Forrest S. Turk. Esq. 595 Broadway, Ground Floor Bayonne, NJ 07002 | | Goods & Services | | | | $35,990.00 |
| Channel Partners, LLC 11100 Wayzta Blvd. Ste. 305 Hopkins, MN 55305 | | Goods & Services | | | | $156,995.83 |
| Coastal Insulation c/o Gary Strong, Esq. 60 E. 42nd Street, Ste 4600 New York, NY 10165 | | Goods & Services | | | | $25,500.00 |
| Gaylord Mechanical 101 Curtis Avenue Point Pleasant Beach, NJ 08742 | | Goods & Services | | | | $14,800.00 |
| Glassboro Lumber 106 Maple Leaf Ct. Glassboro, NJ 08028 | | Goods & Services | | | | $118,197.33 |
| Grasso Design Group 231 Highway 71 Manasquan, NJ 08736 | | Goods & Services | | | | $5,250.86 |

Debtor **Shore Custom Homes Corp**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gregory and Lisa Mascera**<br>**10 Bovensiepen Court**<br>**Roseland, NJ 07068** | | **Goods & Services** | **Unliquidated Disputed** | | | $0.00 |
| **HTC Construction, LLC**<br>**47 B Stony Hill Road**<br>**Eatontown, NJ 07724** | | **Goods & Services** | | | | $3,182.00 |
| **Imperial Carpentry, LLC**<br>**3001 Route 130 Apt 78 E.**<br>**Riverside, NJ 08075** | | **Goods & Services** | | | | $66,066.61 |
| **Jaeger Lumber**<br>**1835 Swarthmore Avenue**<br>**Lakewood, NJ 08701** | | **Goods & Services** | | | | $87,568.94 |
| **Jason Mitnick**<br>**13 Drake Way**<br>**Lavallette, NJ 08735** | | **Goods & Services** | | | | $40,000.00 |
| **Kinsale Quaker Special Risk**<br>**12 Christopher Way Ste. 201**<br>**PO Box 1350**<br>**Eatontown, NJ 07724** | | **Goods & Services** | | | | $17,594.59 |
| **LG Funding**<br>**1218 Union Street**<br>**Brooklyn, NY 11225** | | **Goods & Services** | | | | $26,880.00 |
| **Maves Heating & Cooling**<br>**305 Quail Road**<br>**Marlton, NJ 08053** | | **Goods & Services** | | | | $40,020.00 |
| **Michael and Carrol McMorrow**<br>**489 Summit Stree**<br>**Englewood Cliffs, NJ 07632** | | **Goods & Services** | **Unliquidated Disputed** | | | $0.00 |
| **Penn Valley Concrete & Landscaping Co.**<br>**105 Moris Road**<br>**Manahawkin, NJ 08050** | | **Goods & Services** | | | | $16,200.00 |
| **Peter and Nita Rose**<br>**2515 Stallion Circle E.**<br>**Toms River, NJ 08755** | | **Goods & Services** | **Unliquidated Disputed** | | | $0.00 |

Debtor **Shore Custom Homes Corp**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tri State Fiberglass<br>123 Bay Parkway<br>Waretown, NJ 08758** | | **Goods & Services** | | | | $19,165.75 |

**Fill in this information to identify the case:**

Debtor name: **Shore Custom Homes Corp**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Shore Custom Homes Corp** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**ABC Supply Co, Inc.**<br>**540 James St**<br>**Lakewood, NJ 08701**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods & Services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$25,319.92** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**All About Paving and Sons**<br>**101 Prosper Way**<br>**Brick, NJ 08723**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods & Services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$9,000.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Beacon Roofing & Supply**<br>**c/o Forrest S. Turk. Esq.**<br>**595 Broadway, Ground Floor**<br>**Bayonne, NJ 07002**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods & Services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$35,990.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Channel Partners, LLC**<br>**11100 Wayzta Blvd. Ste. 305**<br>**Hopkins, MN 55305**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods & Services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$156,995.83** |

Debtor **Shore Custom Homes Corp**     Case number (if known) _____
    Name

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Coastal Insulation**<br>**c/o Gary Strong, Esq.**<br>**60 E. 42nd Street, Ste 4600**<br>**New York, NY 10165**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Goods & Services**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$25,500.00** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Gaylord Mechanical**<br>**101 Curtis Avenue**<br>**Point Pleasant Beach, NJ 08742**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Goods & Services**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$14,800.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Glassboro Lumber**<br>**106 Maple Leaf Ct.**<br>**Glassboro, NJ 08028**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Goods & Services**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$118,197.33** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Grasso Design Group**<br>**231 Highway 71**<br>**Manasquan, NJ 08736**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Goods & Services**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$5,250.86** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Gregory and Lisa Mascera**<br>**10 Bovensiepen Court**<br>**Roseland, NJ 07068**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3324** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim: Goods & Services**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**HTC Construction, LLC**<br>**47 B Stony Hill Road**<br>**Eatontown, NJ 07724**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Goods & Services**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$3,182.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Imperial Carpentry, LLC**<br>**3001 Route 130 Apt 78 E.**<br>**Riverside, NJ 08075**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Goods & Services**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$66,066.61** |

Debtor **Shore Custom Homes Corp**      Case number (if known) _____
    Name

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Jaeger Lumber**<br>**1835 Swarthmore Avenue**<br>**Lakewood, NJ 08701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods & Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$87,568.94** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Jason Mitnick**<br>**13 Drake Way**<br>**Lavallette, NJ 08735**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods & Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$40,000.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Kinsale Quaker Special Risk**<br>**12 Christopher Way Ste. 201**<br>**PO Box 1350**<br>**Eatontown, NJ 07724**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods & Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$17,594.59** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**LG Funding**<br>**1218 Union Street**<br>**Brooklyn, NY 11225**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods & Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,880.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Maves Heating & Cooling**<br>**305 Quail Road**<br>**Marlton, NJ 08053**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods & Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$40,020.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Michael and Carrol McMorrow**<br>**489 Summit Stree**<br>**Englewood Cliffs, NJ 07632**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3221** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Goods & Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Penn Valley Concrete & Landscaping Co.**<br>**105 Moris Road**<br>**Manahawkin, NJ 08050**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods & Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$16,200.00** |

Debtor **Shore Custom Homes Corp**     Case number (if known)
      Name

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Peter and Nita Rose**<br>**2515 Stallion Circle E.**<br>**Toms River, NJ 08755**<br>Date(s) debt was incurred ＿<br>Last 4 digits of account number **2822** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Goods & Services**<br>Is the claim subject to offset? ■ No ☐ Yes     **Unknown** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Rocco and Julia Tumino Murdocca**<br>**219 Wood Avenue**<br>**Staten Island, NY 10307**<br>Date(s) debt was incurred ＿<br>Last 4 digits of account number **8821** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Goods & Services**<br>Is the claim subject to offset? ■ No ☐ Yes     **Unknown** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Tri State Fiberglass**<br>**123 Bay Parkway**<br>**Waretown, NJ 08758**<br>Date(s) debt was incurred ＿<br>Last 4 digits of account number ＿ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Goods & Services**<br>Is the claim subject to offset? ■ No ☐ Yes     **$19,165.75** |

### Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bannon Rawling McDonal & Mascera P.A.**<br>**10 Sout Prospect Street**<br>**Verona, NJ 07044** | Line **3.9**<br>☐ Not listed. Explain ＿＿＿ | ＿ |
| 4.2 | **Heitner & Breitstein, P.C.**<br>**PO Box 270**<br>**Wickatunk, NJ 07765** | Line **3.1**<br>☐ Not listed. Explain ＿＿＿ | ＿ |
| 4.3 | **Law Office of John J. Novak PC**<br>**The Hooper-Franklin Bldg.**<br>**3 Franklin Avenue**<br>**Toms River, NJ 08753** | Line **3.20**<br>☐ Not listed. Explain ＿＿＿ | ＿ |
| 4.4 | **Lueddeke Law Firm**<br>**215 Morris Avenue**<br>**Spring Lake, NJ 07762** | Line **3.19**<br>☐ Not listed. Explain ＿＿＿ | ＿ |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + $ | **707,731.83** |

Debtor **Shore Custom Homes Corp**
Name

Case number (if known) _____

| | | |
|---|---|---|
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **707,731.83** |

# United States Bankruptcy Court
## District of New Jersey

In re  **Shore Custom Homes Corp**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 1, 2024**          **/s/ Vincent Simonelli**
                                      **Vincent Simonelli**/**President**
                                      Signer/Title

ABC Supply Co, Inc.
540 James St
Lakewood, NJ 08701


All About Paving and Sons
101 Prosper Way
Brick, NJ 08723


Bannon Rawling McDonal & Mascera P.A.
10 Sout Prospect Street
Verona, NJ 07044


Beacon Roofing & Supply
c/o Forrest S. Turk. Esq.
595 Broadway, Ground Floor
Bayonne, NJ 07002


Channel Partners, LLC
11100 Wayzta Blvd. Ste. 305
Hopkins, MN 55305


Coastal Insulation
c/o Gary Strong, Esq.
60 E. 42nd Street, Ste 4600
New York, NY 10165


Gaylord Mechanical
101 Curtis Avenue
Point Pleasant Beach, NJ 08742


Glassboro Lumber
106 Maple Leaf Ct.
Glassboro, NJ 08028


Grasso Design Group
231 Highway 71
Manasquan, NJ 08736


Gregory and Lisa Mascera
10 Bovensiepen Court
Roseland, NJ 07068


Heitner & Breitstein, P.C.
PO Box 270
Wickatunk, NJ 07765

```
HTC Construction, LLC
47 B Stony Hill Road
Eatontown, NJ 07724


Imperial Carpentry, LLC
3001 Route 130 Apt 78 E.
Riverside, NJ 08075


Jaeger Lumber
1835 Swarthmore Avenue
Lakewood, NJ 08701


Jason Mitnick
13 Drake Way
Lavallette, NJ 08735


Kinsale Quaker Special Risk
12 Christopher Way Ste. 201
PO Box 1350
Eatontown, NJ 07724


Law Office of John J. Novak PC
The Hooper-Franklin Bldg.
3 Franklin Avenue
Toms River, NJ 08753


LG Funding
1218 Union Street
Brooklyn, NY 11225


Lueddeke Law Firm
215 Morris Avenue
Spring Lake, NJ 07762


Maves Heating & Cooling
305 Quail Road
Marlton, NJ 08053


Michael and Carrol McMorrow
489 Summit Stree
Englewood Cliffs, NJ 07632


Penn Valley Concrete & Landscaping Co.
105 Moris Road
Manahawkin, NJ 08050
```

```
Peter and Nita Rose
2515 Stallion Circle E.
Toms River, NJ 08755


Rocco and Julia Tumino Murdocca
219 Wood Avenue
Staten Island, NY 10307


Tri State Fiberglass
123 Bay Parkway
Waretown, NJ 08758
```